*January 10, 1928.*

PECORE, Respondent, vs. QUINN, Appellant.

APPEAL from a judgment of the circuit court for Barron county dated June 6, 1927: W. R. FOLEY, Judge.

Action on contract. Judgment for plaintiff, from which defendant appeals.

For the appellant: *G. P. Gannon* of Rice Lake and *Dayton E. Cook* of Chippewa Falls.

For the respondent: *J. W. Soderberg* of Barron.

*By the Court.*—Judgment affirmed.


WEISER, Respondent, vs. BUNDAY and another, Appellants.

APPEAL from a judgment of the circuit court for Pierce county dated May 17, 1927: GEORGE THOMPSON, Judge.

Action on contract. Judgment in favor of plaintiff, from which defendants appeal.

For the appellants: *A. S. Pearson* of St. Paul and *Lynn H. Ashley* of Hudson.

For the respondent: *White & White* of River Falls.

*By the Court.*—Judgment affirmed.


ELGER, Respondent, vs. BEEHEIM and wife, Appellants.

APPEAL from an order of the county court of Waukesha county dated January 10, 1927: DAVID W. AGNEW, Judge.

Personal injuries. Automobile accident. Verdict finding plaintiff guilty of contributory negligence. Order granting new trial, from which defendants appeal.

For the appellants: *Quarles, Spence & Quarles* of Milwaukee and *Henry Lockney* of Waukesha, attorneys, and *P. N. Snodgrass* and *Kenneth P. Grubb,* both of Milwaukee, of counsel.

For the respondent: *Jacobson & Malone* of Waukesha.

*By the Court.*—Order affirmed.